**Opinion issued July 9, 2024**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-24-00188-CV

———————————

**DON MAFRIGE, Appellant**

**V.**

**BICHON ROOFING & GENERAL CONTRACTORS, INC., AND JAMES DEAVER SERVICES INC., Appellees**

---

**On Appeal from the 56th District Court**
**Galveston County, Texas**
**Trial Court Case No. 21-CV-0386**

---

## MEMORANDUM OPINION

Appellant Don Mafrige appeals from a final judgment signed on February 26, 2024. Appellant has not paid for the clerk's record or the required filing fee and has not established indigence for purposes of appellate costs. *See* TEX. R. APP. P. 5, 20.1 (indigence), 37.3(b) (allowing dismissal of appeal if no clerk's record

filed due to appellant's fault); *see also* TEX. GOV'T CODE ANN. §§ 51.207, 51.208, 51.941(a), 101.041; Order Regarding Fees Charged in the Supreme Court, in Civil Cases in the Courts of Appeals, and Before the Judicial Panel on Multi-District Litigation, Misc. Docket No. 15-9158.

The Court issued a notice on March 29, 2024 that the appeal might be subject to dismissal unless the filing fee was paid by April 29, 2024. The fee was not paid and no response was received.

On April 26, 2024, the Court issued a notice advising appellant that unless appellant filed a response by May 28, 2024, establishing that he had paid for the clerk's record or that he was indigent and exempt from paying for the clerk's record, the appeal might be dismissed. *See* TEX. R. APP. P. 5 (allowing enforcement of rule), 37.3(b) (allowing dismissal of appeal if no clerk's record filed due to appellant's fault), 42.3(c) (allowing involuntary dismissal of case). No response was received.

We dismiss the appeal for failure to pay fees and for want of prosecution. *See* TEX. R. APP. P. 42.3(c), 43.2(f). We dismiss all pending motions as moot.

**PER CURIAM**

Panel consists of Chief Justice Adams and Justices Kelly and Goodman.

2